**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

EUGENIA HURST ADAMS,

    **Plaintiff,**

v.                                  Case No. 1:17cv85-MW/CAS

NANCY A. BERRYHILL,
Acting Commission of
Social Security,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 21. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security Benefits is **AFFIRMED.** The request for oral argument is **DENIED**." The Clerk

shall close the file.

    **SO ORDERED on May 29, 2018.**

                                     **<u>s/Mark E. Walker</u>**
                                     **United States District Judge**